UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH BROWN EL, | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:15CV1089 ERW |
| MELVIN SKEEN, et al., | ) |
| Defendant(s). | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Statement of Fees [ECF No. 30] and Defendants' Request to Amend Scheduling Order [ECF No. 31]. Plaintiff failed to appear for a deposition scheduled on June 21, 2016. Defendants' filed a Motion to Dismiss for Failure to Prosecute, which the Court denied. In the Memorandum and Order denying the Motion to Dismiss, the Court ordered Defendants to file a statement of fees incurred for attending the deposition and ordered Plaintiff to compensate Defendants and the court reporter for his failure to appear.

Plaintiff is ordered to pay, within twenty days of this order, $136.12 to the Missouri Attorney General's Office, P.O. Box 861, St. Louis, Missouri, 63188. Further, Plaintiff is notified failure to appear for a deposition in the future may result in further sanctions and dismissal of this matter.

Defendants' Request to Amend Scheduling Order is granted. The following deadlines will be entered in this matter:

(1) All discovery must be completed by September 19, 2016;

(2) Any motions for summary judgment must be filed no later than October 18, 2016;

(3) Opposition briefs must be filed no later than November 15, 2016, and

(4) Any reply briefs must be filed no later than November 29, 2016.

So Ordered this 13th day of September, 2016.

_____
**E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE**